BARBARA C. ZIMMERMAN  #206930
LAW OFFICES OF BARBARA C. ZIMMERMAN
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401
Telephone: (707) 578-7555
Facsimile: (707) 578-7230

Attorney for Plaintiffs,
MICHAEL and SHONNIE ADAMS

DARRYL J. HOROWITT  #100898
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Defendant,
GULF STREAM COACH, INC.

RONALD G. AKASAKA  #200372
RUBEN & SJOLANDER
Attorneys At Law
1875 Century Park East, Ste. 1050
Los Angeles, CA  90067
Telephone: (310) 788-2828
Facsimile: (310) 788-9028

Attorneys for Defendant,
WORKHORSE CUSTOM CHASSIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ADAMS and SHONNIE ADAMS,<br><br>Plaintiffs,<br><br>v.<br><br>GULF STREAM COACH, INC. and WORKHORSE CUSTOM CHASSIS,<br><br>Defendants. | NO.   C 08-04755 EDL<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THERETON**<br><br>Current Hearing Date: January 20, 2009<br>Current Hearing Time: 3:00 p.m.<br>Courtroom:                    E |

Defendants, GULF STREAM COACH, INC. ("GSC') and WORKHORSE CUSTOM

CHASSIS ("WHCC") (collectively "Defendants"), and Plaintiffs, MICHAEL ADAMS and

SHONNIE ADAMS (collectively "Plaintiffs"), by and through their respective attorneys of

*Adams v. Gulf Stream Coach, Inc., et al.*
Case No. C 08-04755 EDL

record, hereby stipulate and agree to the following:

## RECITALS

This stipulation is entered into based on the following facts:

A. A case management conference is scheduled for January 20, 2009.

B. The parties hereto have agreed to mediate and, to that end, this matter has been assigned to the court's ADR program.

C. The parties would like to mediate before the case management conference and thus enter into this stipulation.

## STIPULATION

The above facts having been taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties stipulate as follows:

1. The case management conference shall be continued for at least 90 days to permit the completion of the mediation, which is not currently scheduled, but which must be completed by on or about April 9, 2009 (90 days after the entry of the order of the court ordering the matter to mediation).

2. This stipulation may be executed in counterparts, and a facsimile and/or electronic signature shall be considered as valid as an original.

Dated: January 12, 2009         LAW OFFICES OF BARBARA ZIMMERMAN


                                By:      /s/ Barbara C. Zimmerman
                                    BARBARA C. ZIMMERMAN
                                    Attorney for Plaintiffs,
                                    MICHAEL ADAMS and SHONNIE
                                    ADAMS

///

///

*Adams v. Gulf Stream Coach, Inc., et al.*
Case No. C 08-04755 EDL

Dated: January 12, 2009                    COLEMAN & HOROWITT, LLP

                                           By:    /s/ Darryl J. Horowitt
                                               DARRYL J. HOROWITT
                                               Attorneys for Defendant,
                                               GULF STREAM COACH, INC.

Dated: January 12, 2009                    RUBEN & SJOLANDER

                                           By:    /s/ Ronald G. Akasaka
                                               RONALD G. AKASAKA
                                               Attorneys for Defendant,
                                               WORKHORSE CUSTOM CHASSIS

### [~~PROPOSED~~] ORDER

The above stipulation having been made, and good cause appearing therefor,

IT IS HEREBY ORDERED that the case management conference currently scheduled for January 20, 2009, at 3:00 p.m., in Courtroom E, shall be continued to  May 5, , 2009, at ~~3:00 p.m.~~ 10:00 a.m., in Courtroom E.

Dated:  January 13 , 2009

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge
Northern District of California

*IT IS SO ORDERED AS MODIFIED*
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte