BARBARA C. ZIMMERMAN, ESQ. (SBN 206830)
BARBARA C. ZIMMERMAN LAW OFFICE
131-A Stony Circle, Ste. 500
Santa Rosa, CA 95401
Telephone: 707-578-7555
Facsimile: 707-578-7230

Attorneys for Plaintiffs,
MICHAEL AND SHONNIE ADAMS

DARRYL J. HOROWITT (SBN 100898)
COLEMAN & HOROWITT, LLP
499 West Shaw, Ste. 116
Fresno, CA 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant,
GULF STREAM COACH, INC.

RONALD G. AKASAKA (SBN 200372)
RUBEN & SJOLANDER
1875 Century Park East, Ste. 1050
Los Angeles, CA 90067
Telephone: (310) 788-2828
Facsimile: (310) 788-9028

Attorneys for Defendant,
WORKHORSE CUSTOM CHASSIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ADAMS, an Individual, and
SHONNIE ADAMS, an Individual,

　　　　　Plaintiff,

Vs.

GULF STREAM COACH, WORKHORSE
CUSTOM CHASSIS, and DOES 1 – 50,
Inclusive,

　　　　　Defendants.

Case No. C08-04755EDL

**JOINT STIPULATION TO TELEPHONIC APPEARANCE AT MEDIATION AND [PROPOSED] ORDER THEREON**

Hon. Wayne D. Brazil

　　　Plaintiffs, MICHAEL ADAMS and SHONNIE ADAMS ("Plaintiffs"), Defendant GULF STREAM COACH, INC. ("Gulfstream") and Defendant WORKHORSE CUSTOM CHASSIS ("Workhorse"), by

-1-

and through their respective counsel, hereby stipulate and agree to the following:

RECITALS

This stipulation is entered into based on the following facts:

1. Plaintiffs and both Defendants have agreed to submit this matter to mediation under the Court's mediation program.

2. Mediation is scheduled for March 17, 2009 with Ms. Jo Hoenninger, Esq. at the United States District Court for the Northern District of California, in San Francisco, California.

3. This case is before this Court under diversity jurisdiction. Plaintiffs currently reside in South Carolina and Defendants reside in Indiana and Michigan.

4. To keep mediation affordable for all parties, the parties agreed to holding mediation with counsel for all parties present in person and plaintiffs and representatives with decision making authority from both Defendants participating in the mediation by telephone.

STIPULATION

The parties stipulate as follows:

a) The mediation shall be held at the United States District Court for the Northern District of California, in San Francisco, California.

b) Counsel for Plaintiffs and for both Defendants shall be present in person at the mediation.

c) Plaintiffs, MICHAEL ADAMS and SHONNIE ADAMS, shall participate in the mediation telephonically.

d) Defendant GULF STREAM COACH, INC. and Defendant WORKHORSE CUSTOM CHASSIS shall have a representative with authority to approve any proposed settlement present telephonically.

Dated: February 17, 2009                    BARBARA C. ZIMMERMAN LAW OFFICE

                                                             /s/ Barbara C. Zimmerman
Barbara C. Zimmerman, Esq.
Attorney for Plaintiffs, MICHAEL ADAMS and SHONNIE ADAMS

Barbara C. Zimmerman Law Office
131-A Stony Circle, Ste. 500
Santa Rosa, CA 95401  (707)578-7555

| | |
|---|---|
| Dated: February 17, 2009 | COLEMAN & HOROWITT |
| | /s/ Darryl J. Horowitt<br>Darryl J. Horowitt, Esq.<br>Attorneys for Defendant GULF STREAM COACH, INC. |
| Dated: February 17, 2009 | RUBEN & SJOLANDER |
| | /s/ Ronald G. Akasaka<br>Ronald G. Akasaka, Esq.<br>Attorneys for Defendant WORKHORSE CUSTOM CHASSIS |

## [~~PROPOSED~~] ORDER

The above stipulation having been made and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the mediation be held mediation shall be held at the United States District Court for the Northern District of California, in San Francisco, California with counsel for Plaintiffs and both Defendants participating in person, Plaintiffs participating telephonically, and representative of Gulfstream and Workhorse with authority to approve any proposed settlement participating telephonically.

Dated: 2/24, 2009

Hon. Wayne D. Brazil
United Stated Magistrate Judge
Northern District of California